IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-95 |
| v. | INDICTMENT |
| MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," and AUSTIN JAMES LING, also known as "Fatty," | T. 18 U.S.C. § 922(a)(6) T. 18 U.S.C. § 922(g)(1) T. 18 U.S.C. § 924(a)(2) T. 18 U.S.C. § 924(a)(8) T. 18 U.S.C. § 924(d) |
| Defendants. | T. 18 U.S.C. § 932(b)(1) T. 18 U.S.C. § 932(c)(1) T. 18 U.S.C. § 933(a)(3) T. 18 U.S.C. § 933(b) T. 18 U.S.C. § 934 T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Straw Purchasing Conspiracy)

From a date unknown, but by no later than on or about March 29, 2024, and continuing to on or about April 26, 2024, in the Southern District of Iowa, the defendants, MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," and AUSTIN JAMES LING, also known as "Fatty," conspired to knowingly purchase a firearm, namely, one or more of the following: a Smith and Wesson SD9 2.0, 9mm pistol, with serial number EFK4102; and a Glock model 19, 9mm pistol, with serial number CCAX660, in or otherwise affecting commerce for, on behalf of, or at the request or demand of MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," knowing or having reasonable cause to believe that MICHAEL JOSEPH

1

CORCORAN II, also known as "Mikey" or "Ikee," had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY CHARGES:**

<u>COUNT 2</u>
(Firearms Trafficking Conspiracy)

On a date unknown, but by no later than on or about March 29, 2024, and continuing to on or about April 26, 2024, in the Southern District of Iowa, the defendants, MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," and AUSTIN JAMES LING, also known as "Fatty," conspired with each other to transfer a firearm, namely, one or more of the following: a Smith and Wesson SD9 2.0, 9mm pistol, with serial number EFK4102; and a Glock model 19, 9mm pistol, with serial number CCAX660, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," would constitute a felony; and conspired to receive said firearm, knowing or having reasonable cause to believe that the receipt of the firearm by MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," would constitute a felony.

This is a violation of Title 18, United States Code, Section 933(a)(3), and 933(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (False Statement During Purchase of a Firearm)

On or about March 29, 2024, in the Southern District of Iowa, the defendant, AUSTIN JAMES LING, also known as "Fatty," in connection with the acquisition of a firearm, namely: a Smith and Wesson SD9 2.0, 9mm pistol, with serial number EFK4102, from Scheels All Sport, located at 101 Jordan Creek Parkway, Suite 4000, West Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (False Statement During Purchase of a Firearm)

On or about April 26, 2024, in the Southern District of Iowa, the defendant, AUSTIN JAMES LING, also known as "fatty," in connection with the acquisition of a firearm, namely: a Glock, model 19, 9mm pistol, with serial number CCLE233; and a Glock, model 19, 9mm pistol, with serial number CCAX660, from Fleet Farm, located at 3875 SE Delaware Ave, Ankeny, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.a., that he was the actual transferee/buyer of the firearm listed on the form.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Felon in Possession of a Firearm)

On or about April 26, 2024, in the Southern District of Iowa, the defendant, MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 19, 9mm pistol, with serial number CCAX660. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 1, 2, and/or 5 of this Indictment, the defendants, MICHAEL JOSEPH CORCORAN II, also known as "Mikey" or "Ikee," shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1, 2, and 5 of this Indictment.

This is pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c).

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 3 and/or 4 of this Indictment, the defendant, AUSTIN JAMES LING, also known as "Fatty," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 3 and/or 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Joseph Lubben
Assistant United States Attorney